# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10CR61-RJC-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TRENDA SALAS | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Travel Funds" (Document No. 2) filed April 22, 2010, which involves a request for Defendant to travel to Charlotte, North Carolina from Houston, Texas in connection with this matter. Having carefully considered the motion, the Court will grant the motion, **with modification**. The Court understands that the Defendant made her initial appearance in Houston, TX on April 22, 2010 at 2:00 p.m., and now needs to travel to this district for further proceedings. Consistent with 18 U.S.C. 4285, the Court will grant the Defendant's request for assistance with travel to the charging district. Also consistent with the statute, the Court will leave the details, including the means and timing of transportation, to the United States Marshal Service.

**SO ORDERED**.

Signed: April 23, 2010

David C. Keesler
United States Magistrate Judge